PROB 12B
(7/93)

Report Date: March 28, 2006

United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 31 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Alfredo Cuevas | Case Number: 2:02CR02208-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle | |
| Date of Original Sentence: 5/7/2003 | Type of Supervision: Supervised Release |
| Original Offense: Burglary of a Bank, 18 U.S.C. § 2113(a) | Date Supervision Commenced: 6/17/2004 |
| Original Sentence: Prison - 21 Months; TSR - 36 Months | Date Supervision Expires: 6/16/2007 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18.  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19.  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

20.  You shall participate in the home confinement curfew program until August 10, 2006. You are restricted to your residence every day from **6 p.m.** to **6 a.m.** or as directed by the supervising probation officer. You shall abide by all the requirements of the program, which **(X) will** **( ) will not** include electronic monitoring, or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay.

## CAUSE

On February 21, 2006, the defendant quit his job at Washington Beef, and terminated his intensive outpatient treatment program at Merit Resource Services without contacting this officer. The defendant related that he wanted to leave the area due to an incident in which an individual, believed to be a gang member, fired several shots at him while he was walking home. After a brief discussion, the defendant agreed to file a police report and return to treatment immediately. On March 6, 2006, the defendant reentered treatment at Merit Resource Services.

On March 12, 2006, the defendant was arrested for driving under the influence. Mr. Cuevas reported to this officer on March 16, 2006, and admitted the aforementioned law violation. The defendant indicated he had consumed alcohol to excess, and as he was driving home, he ran off the road, and rolled his vehicle. The defendant expressed remorse and guilt for having violated his conditions of supervision and asked for an additional opportunity to follow through with treatment. As a result of his arrest for driving under the influence, Merit Resource Services personnel have closed his file and are referring him for inpatient treatment services.

As a corrective measure for the above-alleged violations, the defendant has agreed to participate in the home confinement program and follow through with an intensive inpatient treatment program. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by _Jose Vargas_
Jose Vargas
U.S. Probation Officer
Date: March 28, 2006

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

March 31, 2006
Date